JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (415) 415-623-3600

Attorneys for SERAZHUDIN AKTULAEV

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERAZHUDIN AKTULAEV,<br><br>Defendant. | CASE NO. 21-00229 JD<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM OCTOBER 5, 2026 TO NOVEMBER 23, 2026 AND ORDER** |

The United States of America ("the government") and defendant SERAZHUDIN AKTULAEV (collectively, "the parties"), through undersigned counsel, respectfully request to continue the status conference currently set on October 5, 2026 to November 23, 2026 at 11:00 a.m..

It is hereby further stipulated by the parties that time be excluded under the Speedy Trial Act from October 5, 2026 to November 23, 2026, for effective preparation of counsel. Specifically, the government has recently produced a very large volume of discovery, which defense counsel is in the process of reviewing, but is nowhere near complete. As such, this time exclusion will allow defense counsel to continue to prepare by reviewing discovery. For these reasons, the parties stipulate and agree that excluding time from October 5, 2026 to November 23, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 5, 2026 to November 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned defense counsel certify that they have obtained approval from government counsel to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 9/23/26

/s/
CYNTHIA FREY
Assistant United States Attorney

DATED: 9/23/26

/s/
JULIA JAYNE
Counsel for Defendant SERAZH AKTULAEV

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from October 5, 2026 to November 23, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 5, 2026 to November 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the Status Conference set for October 5, 2026 is continued to November 23, 2026 at 11:00 a.m.. for a status conference and that the time from October 5, 2026 to November 23, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/2/2026

HON. JAMES DONATO
United States District Judge