JULIA M. JAYNE (State Bar No. 202753)
Jayne Law Group, P.C.
403 Hearst Avenue
Berkeley, CA 94710
Email: julia@jaynelawgroup.com
Phone: (415) 415-623-3600

Attorneys for SERAZHUDIN AKTULAEV

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERAZHUDIN AKTULAEV,<br><br>Defendant. | CASE NO. 21-00229 JD<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM NOVEMBER 23, 2026 TO NOVEMBER 30, 2026 AND ~~[PROPOSED]~~ ORDER** |

The United States of America ("the government") and defendant SERAZHUDIN AKTULAEV (collectively, "the parties"), through undersigned counsel, respectfully request to continue the status conference currently set on November 23, 2026 to a change of plea hearing on November 30, 2026 at 11:00 a.m..

It is hereby further stipulated by the parties that time be excluded under the Speedy Trial Act from November 23, 2026 to November 30, 2026, for effective preparation of counsel. Specifically, the parties need to finalize the terms of the tentative plea agreement and defense counsel needs to review it with Mr. Aktulaev. As such, this time exclusion will allow defense counsel to continue to prepare by reviewing the terms of the agreement. For these reasons, the parties stipulate and agree that excluding time from November 23, 2026 to November 30, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 23, 2026 to November 30, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Undersigned defense counsel certify that they have obtained approval from government counsel

to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: 11/19/26

/s/
CYNTHIA FREY
Assistant United States Attorney

DATED: 11/19/26

/s/
JULIA JAYNE
Counsel for Defendant SERAZH AKTULAEV

## ~~[PROPOSED]~~ ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from November 23, 2026 to November 30, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from November 23, 2026 to November 30, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the Status Conference set for November 23, 2026 is continued to November 30, 2026 at 11:00 a.m.. for a change of plea and that the time from November 23, 2026 to November 30, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 20, 2026

HON. JAMES DONATO
United States District Judge